Abraham Marcus, plaintiff in error, v. Yellow Cab Company, defendant in error. Gen. No. 24,874.

Action to recover for personal injuries to taxicab passenger, in collision with automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Jacob Levy and Josiah Burnham, for plaintiff in error. D'Ancona & Pflaum, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

Tustin Packing Company, plaintiff in error, v. Southern Pacific Company, defendant in error. Gen. No. 24,964.

Action to recover damages for injury to shipment of lemons by delay and negligence as warehouseman. Judgment for defendant. Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Charles A. Butler, for plaintiff in error. John A. Sheean, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

West American Fruit Company, plaintiff in error, v. Southern Pacific Company, defendant in error. Gen. No. 24,983.

Action to recover damages for injury to shipment of oranges for negligence in carriage and as warehouseman. Judgment for defendant. Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Charles A. Butler, for plaintiff in error. John A. Sheean, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

The Inter Ocean Newspaper Company for use of William E. Norris, plaintiff in error, v. John R. Robertson, defendant in error. Gen. No. 25,260.

Action to hold individual stockholder liable for debts of corporation. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment here. Opinion filed January 12, 1920. Rehearing denied and judgment modified January 26, 1920.

Clinton A. Stafford, A. W. Martin and Edward H. S. Martin, for plaintiff in error. Ashcraft & Ashcraft, for defendant in error; E. M. Ashcraft, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Connery Fruit Company, defendant in error, v. Delaware, Lackawanna & Western Railway Company, plaintiff in error. Gen. No. 24,937.

Action to recover damages for injury to shipment of lemons, by unreasonable delay, rough handling and failure to protect from weather conditions. Judgment for plaintiff. Error to the Municipal

Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 12, 1920.

Adams, Follansbee, Hawley & Shorey, for plaintiff in error; Samuel Adams and John E. Gavin, of counsel. Joseph M. Connery, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Connery Fruit Company, appellee, v. Delaware, Lackawanna & Western Railway Company, appellant. Gen. No. 24,260.**

Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, Heard in this court at the October term, 1918. Affirmed on authority of Connery Fruit Co. v. Delaware, L. & W. Ry. Co., *ante*, p. 639. Opinion filed January 12, 1920.

Adams, Follansbee, Hawley & Shorey, for appellant; Samuel Adams and John E. Gavin, of counsel. Joseph M. Connery, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Harry Libitsky, defendant in error, v. Rose Pikowsky, administratrix of the estate of Herman Pikowsky, deceased, plaintiff in error. Gen. No. 24,941.**

Action to recover for money had and received. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Rufus F. Robinson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Bernard J. Brown, for plaintiff in error. Joseph Rolnick, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**John Demas, defendant in error, v. Panagiota Bogris, plaintiff in error. Gen. No. 25,271.**

Action to recover from widow hospital bills and funeral expenses of deceased husband. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed January 12, 1920.

B. M. Shaffner, for plaintiff in error. Joseph W. Schulman, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Joseph T. Delfosse, defendant in error, v. Anna N. Kendall, plaintiff in error. Gen. No. 25,293.**

Action to recover on promissory note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920. Rehearing denied January 26, 1920.

Samuel B. Hill, for plaintiff in error. George L. Schein, for defendant in error; Francis L. Brinkman, of counsel.

Mr. Justice Holdom delivered the opinion of the court.